Marcia A. TRUMBULL, Plaintiff–Appellant,

v.

Tommy G. THOMPSON, Secretary, United States Department of Health and Human Services, Defendant–Appellee.

No. 01–2272.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 21, 2002.

Marcia A. Trumbull, Appellant Pro Se.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Marcia A. Trumbull seeks to appeal the district court's order dismissing her employment discrimination suit for a failure to respond to a show cause order regarding her inability to effect service of process on the Defendants. We dismiss the appeal for lack of jurisdiction because Trumbull's notice of appeal was not timely filed.

Parties are accorded sixty days after entry of the district court's final judgment or order to note an appeal, *see* Fed. R.App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5) or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corrections,* 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson,* 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on August 15, 2001. Appellant's notice of appeal was filed on October 17, 2001. Because Appellant failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*